## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**FANTASIA BROWN**                                                   **PLAINTIFF**

**v.**                                                  **CIVIL ACTION NO.: 1:24-cv-112-SA-DAS**

**AMERICA'S CAR MART, INC.**                                     **DEFENDANT**

### <u>UNOPPOSED</u> AMENDED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

      **COMES NOW** counsel for the Plaintiff, Louis H. Watson, Jr., Nick Norris and Jane Ashley Watson; and moves this honorable Court for leave to withdraw as counsel. In support thereof, counsel for the Plaintiff would show unto the Court as follows:

      1.     Plaintiff's counsel seek to withdraw as counsel for the Plaintiff as a conflict of interest has arisen.

      2.     Undersigned counsel cannot, in accordance with the Rules of Professional Responsibility, continue to represent Plaintiff in this matter.

      3.     As a result, Plaintiff has been advised that her counsel would be filing a motion for leave to withdraw from representing her.

      4.     Defense counsel has been contacted and has no objection to this Motion.

      5.     Plaintiff will be provided a copy of this motion via United States mail addressed to: Fantasia Brown, 134 County Road 778, Tupelo, MS 38801.

      6.     Plaintiff's current contact information that Plaintiff's counsel has on file is:

Fantasia Brown
134 County Road 778
Tupelo, MS 38801

Email: fbrown0518@gmail.com

7. Undersigned counsel will also provide Plaintiff with a copy of the Court's Order on this motion via United States mail when it is entered.

**WHEREFORE PREMISES CONSIDERED**, undersigned counsel prays for an Order granting Nick Norris, Jane Ashley Watson and Louis H. Watson, Jr., leave to withdraw as counsel for the Plaintiff in this matter so the Plaintiff can either represent herself *pro se* or obtain other counsel to represent the Plaintiff.

THIS, the 10th day of February, 2025.

Respectfully submitted,
 /s Nick Norris
NICK NORRIS (MB# 101574)
Attorney for Plaintiff

OF COUNSEL:

WATSON & NORRIS, PLLC
4209 Lakeland Drive #365
Flowood, MS 39232
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
Email: nick@watsonnorris.com
Web: www.watsonnorris.com

2

## CERTIFICATE OF SERVICE

I, Nick Norris, attorney for the Plaintiff, do hereby certify that I have this day served via ECF filing or by United States mail, postage prepaid, a true and correct copy of the above and foregoing document to all counsel of record and the following:

Fantasia Brown
134 County Road 778
Tupelo, MS 38801

SO CERTIFIED, this the February 10, 2025.

/s Nick Norris
NICK NORRIS