IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

FANTASIA BROWN                                                                         PLAINTIFF

v.                                           CIVIL ACTION NO. 1:24-CV-112-SA-DAS

AMERICA'S CAR MART, INC.                                       DEFENDANT

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

On February 10, 2025, attorneys Louis H. Watson Jr., Nick Norris, and Jane Ashley Watson filed a motion to withdraw as counsel of record for the plaintiff Fantasia Brown. Doc. 20. The motion states that "a conflict of interest has arisen," and counsel of record cannot continue their representation in accordance with the Rules of Professional Responsibility. It further represents that the defendant does not oppose the requested relief.

The Local Uniform Civil Rules allow fourteen days after a motion is filed for the respondent to file a response. L.U.Civ.R. 5(b)(4).[1] Local Uniform Civil Rule 7(b)(3)(E) states "if a party fails to respond to any motion, other than a dispositive motion, within the time allotted, the court may grant the motion as unopposed." As of this date, the plaintiff has not responded, and the motion is ripe for consideration. *See* L.U.Civ.R. 7(b)(4).

Local Uniform Civil Rule 83.1(b)(3) requires that "[a]n attorney may be released only on motion signed by the client(s) or upon a duly noticed motion to all parties, including the client …." Counsel for the plaintiff state they mailed a copy of the motion to Fantasia Brown at 134 County Road 778, Tupelo, MS 38801, and the Certificate of Service further certifies that a copy was mailed to Ms. Brown at this address. Federal Rule of Civil Procedure 5(b)(2)(C) provides that service is complete upon "mailing it to the person's last known address."

---

[1] Under Federal Rule of Civil Procedure 6(d), when service is made by mail, three days are added to the period of time to respond making the plaintiff's deadline to file a response February 27, 2025.

Having considered the motion, Louis H. Watson Jr., Nick Norris, and Jane Ashley Watson's request to withdraw as counsel of record for Fantasia Brown is GRANTED. Ms. Brown has <u>until April 2, 2025</u>, to (1) retain other counsel or (2) notify the Court that she intends to proceed *pro se*, that is to represent herself without an attorney. Such notice must include her mailing address and telephone number. Substitute counsel must make an entry of appearance on Ms. Brown's behalf no later than April 2, 2025. Until such time as counsel enters an appearance on Ms. Brown's behalf or Ms. Brown notifies the court of a different mailing address, she should be sent copies of Court order and served with any documentation at the following address:

> Fantasia Brown
> 134 County Road 778
> Tupelo, MS 38801.

SO ORDERED, this the 3rd day of March, 2025.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE