IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

FANTASIA BROWN                                                              PLAINTIFF

V.                                                      CAUSE NO. 1:24-CV-00112-SA-DAS

AMERICA'S CAR MART, INC.                                                    DEFENDANT

_____

TAKE NOTICE that a proceeding in this case has been RESET as to the location, date and time below:

Location:   Teleconference                         Date: May 14, 2025

                                                   Time: 1:30 p.m.

---

TELEPHONIC SETTLEMENT CONFERENCE
BEFORE UNITED STATES MAGISTRATE JUDGE DAVID A. SANDERS

*Updated Confidential Settlement Memos due no later than 5/7/2025*

*Court will initiate calls to Counsel and Pro Se Party starting at 1:30 p.m.*

---

                                            DAVID CREWS
                                            Clerk of Court


                                            By: /s/   Jennifer L.   Frantz
                                                   Courtroom Deputy


Date: March 5, 2025

To:    All Counsel of Record and Pro Se Plaintiff