IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

Civil Minutes - General

| | | | |
|---|---|---|---|
| Case No: | 1:24-CV-112-SA-DAS | Place Held: | Judge Sanders' Chambers (Telephonically) |

Style:     Fantasia Brown v America's Car Mart, Inc.

Date:     May 14, 2025
Begin:     1:30 p.m.
End:     4:15 p.m.
Total Time:     2 hours and 45 minutes

PRESENT:     David A. Sanders     United States Magistrate Judge

| ATTORNEY PARTICIPATING FOR PLAINTIFF | ATTORNEY PARTICIPATING FOR DEFENDANT |
|---|---|
| Fantasia Brown (Pro Se) | Timothy Michael Peeples |

PROCEEDINGS:     Settlement Conference

Docket Entry:     Parties reached a settlement agreement

DAVID CREWS, CLERK

By:     /s/ Jennifer L. Frantz
    Courtroom Deputy