IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

FANTASIA BROWN                                                                        PLAINTIFF

VS.                                              CIVIL ACTION NO. 1:24-CV-112-SA-DAS

AMERICA'S CAR MART, INC.                                                   DEFENDANT

FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for consideration on Motion of the parties *ore tenus* to dismiss with prejudice the claims of the plaintiff, Fantasia Brown, against the defendant, America's Car Mart, Inc., and this Court, having considered the same and being fully advised in the premises and it appearing that this entire cause against the defendant has been compromised and settled between and among the parties, is of the opinion that said motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause of action is dismissed with prejudice with each party to bear its respective costs.

SO ORDERED AND ADJUDGED, this the 8th day of October, 2025.

_Sharion Aycock_____
SENIOR U.S. DISTRICT JUDGE

**AGREED TO AND APPROVED:**

/s/ Fantasia Brown_____                    /s/ Timothy M. Peeples_____
Fantasia Brown                                 Timothy M. Peeples, Esq.
*Pro Se* Plaintiff                             Counsel for Defendant